**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL NO. 5:04CR64-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ANDREA MONIQUE SETZER,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Bond Review," filed April 27, 2005, which the Court construes as a Motion for Reconsideration of the Court's earlier decision to revoke Defendant's bond on March 14, 2005.[1] (Document #45)

On March 14, 2005, pursuant to a Plea Agreement with the Government, Defendant tendered a guilty plea to conspiring to assist a federal prisoner escape from custody, and aiding and abetting the same. The undersigned judge accepted Defendant's plea. At that time, Defendant also admitted violating the terms of her pretrial release by failing three (3) drug screens due to marijuana use. At present, the Defendant is in custody pending sentencing.

In her motion, Defendant alleges that she has now completed the 30-day substance abuse treatment program at the Mecklenburg County Jail. With this exception, Defendant presents no new evidence for consideration. Further, Defendant's successful participation in a short-term treatment program does not constitute a change of circumstances warranting reconsideration regarding Defendant's eligibility on bond. For these reasons, Defendant's motion is <u>denied</u>.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reconsideration is hereby **DENIED**. Defendant shall remain in custody pending sentencing.

---

[1] At the conclusion of the Plea and Rule 11 and Bond Violation Hearings, the Court issued an oral order revoking bond.

1

**Signed: May 12, 2005**

Richard L. Voorhees
United States District Judge