# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| ANDREA MONIQUE SETZER | Case Number: 5:04CR64-3-V |
| | USM Number: 19862-058 |
| | |
| | Steven Slawinski |
| | Defendant's Attorney |

**THE DEFENDANT:**

 X      admitted guilt to violation of condition(s) <u>1 in original report and 1 in the addendum</u> of the term of supervision.
 ___    Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 of the original report | Drug/alcohol use | 10/23/06 |
| 1 of the addendum | Drug/alcohol use | 11/18/06 |

The Defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___    The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: February 21, 2007

Signed: March 2, 2007

Richard L. Voorhees
United States District Judge

Defendant: ANDREA MONIQUE SETZER                    Judgment-Page <u>2</u> of <u>2</u>
Case Number: 5:04CR64-3-V

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>SEVEN (7) MONTHS</u>.

## BALANCE OF FINANCIAL OBLIGATIONS REMAINS IN EFFECT

___  The Court makes the following recommendations to the Bureau of Prisons:

_X_  The Defendant is remanded to the custody of the United States Marshal.

___  The Defendant shall surrender to the United States Marshal for this District:

      ___  as notified by the United States Marshal.

      ___  at___a.m. / p.m. on ___.

___  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ___  as notified by the United States Marshal.

      ___  before 2 p.m. on ___.

      ___  as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


_____
United States Marshal


By:     _____
        Deputy Marshal